COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re 2016 Baytown Rd, LLC, d/b/a Watermark at Baytown Apartments, et al.

Appellate case number:    01-21-00250-CV

Trial court case number:   1156293

Trial court:               County Civil Court at Law No. 1 of Harris County

Relators, 2016 Baytown Rd, LLC d/b/a Watermark at Baytown Apartments, 2015 Houston Redford, LLC d/b/a The Redford Apartments, 2013 Houston Maxey, LLC d/b/a Rollingwood Apartments, 2013 Houston Fleming, LLC d/b/a Timber Ridge Apartments, 2013 Travis Oak Creek, LP d/b/a Lucero Apartment Homes, 2013 Travis Oak Creek GP, LLC, Lucero, LLC, 2015 Houston Gulfton, LLC d/b/a La Estancia Apartments, 2014 Galveston Jones Drive, LLC d/b/a Island Bay Apartments, Eureka Multifamily Group GP, Inc., Eureka Multifamily Group, LP, Rene Campos, Jimmy Arnold, Chris Roberson, Kenneth B. Chaiken, and Chaiken & Chaiken P.C., filed a petition for writ of mandamus in this Court, challenging Judge George Barnstone's May 11, 2021 order denying relators' motion to transfer venue.

On May 17, 2021, this Court granted relators' motion for temporary relief, staying all trial court proceedings and deadlines until relators' petition for writ of mandamus is finally decided or until further order from this Court.

Judge Barnstone resigned from the office of judge of County Civil Court at Law No. 1 of Harris County, Texas, effective July 19, 2021. On July 26, 2021, relators[1] filed a Motion to Abate pursuant to Texas Rule of Appellate Procedure 7.2(b). Relators'

---

[1]     Relators who filed the motion to abate were identified on the signature block as Eureka Multifamily Group, L.P., Eureka Multifamily Group GP, Inc., 2016 Baytown Ward Rod., LLC, 2015 Houston, LLC, 2014 Galveston Jones Drive, LLC, 2013 Houston Fleming, LLC, 2013 Houston Maxey, LLC, 2015 Houston Gulfton, LLC, 2013 Travis Oak Creek, LP, 2013 Travis Oak Creek GP, LLC, Rene Campos, Jimmy Arnold, Chris Robertson, Kenneth B. Chaiken, and Chaiken & Chaiken, P.C.

motion is **granted.** Pursuant to Texas Rule of Appellate Procedure 7.2, the Honorable Audrie Lawton-Evans is substituted for the Honorable George Barnstone as the respondent in this original proceeding. *See* TEX. R. APP. P. 7.2(a). Further, this original proceeding for petition of writ of mandamus is abated and remanded to the trial court to allow Judge Lawton-Evans to reconsider the ruling made the basis of relators' petition. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial court stay is lifted for the limited purpose of allowing Judge Lawton-Evans to reconsider the ruling.

Within forty-five days of the date of this order, the parties are directed to notify the Clerk of this Court of any action taken on reconsideration of the rulings made the basis of relator's petition and file any orders regarding reconsideration of those rulings in a supplemental mandamus record. The Court will then consider a motion to reinstate or motion to dismiss this proceeding, as appropriate.

This original proceeding is **abated**, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                             Acting individually


Date:  September 28, 2021